**Order entered January 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00965-CV

**ALFONSO WILBURN AND DELORIS ANN WILBURN, Appellants**

**V.**

**VALLIANCE BANK AND COLEMAN & PATTERSON LLC, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14629**

## ORDER

Before the Court is appellants' January 14, 2015, agreed motion to extend briefing deadlines. In the motion, the parties request a twelve day extension for appellees to update their brief and an additional twenty days for appellants to file a reply brief. We **GRANT** the agreed motion. Appellees' may amend their brief to be filed no later than February 3, 2015. Appellants' shall file their reply brief within **TWENTY DAYS** after appellees file any amended brief.

/s/    CRAIG STODDART
        JUSTICE